## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| **In re** | * |
| | * |
| **ELWAY, INC.**          * | **Case No. 05-12575-SSM** |
| | *        **Chapter 7** |
| **Debtor.** | * |

### REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Trustee herein submits a check for $79.61 payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| **Creditor's Name and Address** | **Amount of Dividend** |
|---|---|
| Allegra of Dulles<br>21606 Stonetree Ct.<br>Sterling, VA 20166 | $ 5.84 |
| Rays Envelope Corp.<br>7521 Pulaski Hwy.<br>Baltimore, MD 21237 | $ 6.38 |
| PMR Printing<br>45685 Oakbrook Ct., Ste 104<br>Sterling, VA 20166-9298 | $ 9.92 |
| Kwik Copy Printing<br>99 Canal Center Plaza<br>Alexandria, VA 22314-1559 | $57.47 |
| Total: | $79.61 |

Date: 10/15/09

/s/ Donald F. King, Trustee
DONALD F. KING, TRUSTEE
9302 Lee Highway, Suite 1100
Fairfax, Virginia 22031
Direct:  703-218-2116
Fax:     703-218-2160
E-Mail:  donking@ofplaw.com

#1151058v1  Report of Unclaimed Funds  31070/01042



ORIGINAL CHECK HAS A COLORED BACKGROUND PRINTED ON WHITE PAPER AND A MICRO PRINT BORDER

**UNION BANK OF CALIFORNIA**

16-49/1220
CHECK NUMBER
3097

1980 Saturn Street / / Monterey Park CA 91755
UNCLAIMED FUNDS

Donald F. King, Trustee
9302 Lee Highway
Suite 1100
Fairfax, VA 22031

DATE
10/15/2009

AMOUNT
$**********79.61

CASE NUMBER
05-12575

DEBTOR
Debtor: ELWAY, INC.

PAY TO THE ORDER OF

Seventy Nine Dollars And 61/100

CLERK
200 S. WASHINGTON STREET
ALEXANDRIA, VA 22314

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE

THIS CHECK VOID AFTER 90 DAYS

⑈003097⑈ ⑆122000496⑆ 2131037976⑈